AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SCOFIELD, III. , E. CLAYTON | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>06/12/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US MAGISTRATE JUDGE (FULL) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1807 UNITED STATES COURTHOUSE
75 SPRING ST., S. W.
ATLANTA, GA. 30303-3309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ALSTON & BIRD, LLP ATTORNEYS (COMPENSATION) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA, CD'S & SAVINGS ACCTS | C | Interest | N | T | | | | | |
| 2. GE COMMON | A | Dividend | J | T | | | | | |
| 3. ATLANTA GAS LIGHT COMMON | A | Dividend | K | T | | | | | |
| 4. CHEVRON-TEXACO COMMON | A | Dividend | K | T | | | | | |
| 5. NORTHWESTERN MUTUAL LIFE INS (WHOLE LIFE PRODUCT) | B | Dividend | M | T | | | | | |
| 6. NORTHWESTERN MUTUAL LIFE INS (WHOLE LIFE PRODUCT) | B | Dividend | K | T | | | | | |
| 7. GUARDIAN LIFE INSURANCE COMPANY-CASH VALUE | B | Dividend | L | T | | | | | |
| 8. ASSOCIATED FEDERAL CREDIT UNION-CD & SAVING ACCOUNTS | A | Interest | J | T | | | | | |
| 9. 2ND HOME-REAL ESTATE- ST SIMONS IS, GA | | None | N | W | | | | | |
| 10. REAL ESTATE- LA GRANGE, GA. LAND. | | None | K | W | | | | | |
| 11. HARTFORD GROWTH FD-IRA | B | Dividend | K | T | | | | | |
| 12. PRIME MONEY MKT | A | Interest | J | T | | | | | |
| 13. AMERICAN NEW PERSPECTIVE FUNDS CHILDREN FUND | A | Dividend | J | T | | | | | |
| 14. AMERICAN NEW PERSPECTIVE FUND- | A | Dividend | J | T | | | | | |
| 15. AMERICAN NEW PERSPECTIVE FUND- | A | Dividend | J | T | | | | | |
| 16. PRIME FUND DAILY MONEY MKT- | A | Interest | K | T | | | | | |
| 17. INVESCO STABLE FUND | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALLIANZ NFJ SM CAPVALUE | A | Dividend | | | Sold | 02/08/12 | K | B | |
| 19. DREYFUS MIDCAP INDEX | A | Dividend | | | Sold | 02/08/12 | K | C | |
| 20. FIDELITY ADV SMALL CAP/I | A | Dividend | | | Sold | 02/08/12 | K | B | |
| 21. FIDELITY CONTRA FUND | C | Dividend | K | T | | | | | |
| 22. THORNBURG INTLVALUE | A | Dividend | | | Sold | 02/08/12 | K | B | |
| 23. ALLIANZ RCM TECH FD | A | Dividend | | | Sold | 02/08/12 | K | B | |
| 24. FIDELITY LOW PRICED STOCK | A | Dividend | | | Sold | 02/08/12 | K | B | |
| 25. T ROWE PRICE GROWTH STK | C | Dividend | K | T | | | | | |
| 26. OPPENHEIMER DEVELOPING MARKETS | A | Dividend | | | Sold | 02/08/12 | K | C | |
| 27. WESTCORE SELECT | A | Dividend | | | Sold | 02/08/12 | K | B | |
| 28. VANGUARD DIVIDEND GROWTH- | D | Dividend | J | T | | | | | |
| 29. INVESCO REAL ESTATE FD A | A | Dividend | | | Sold | 04/01/12 | K | C | |
| 30. HARTFORD EQUITY FD | B | Dividend | L | T | | | | | |
| 31. HARTFORD GROWTH ALLOCATION | B | Dividend | L | T | | | | | |
| 32. INVESCO VAN KAMPEN EQUITY FD | A | Dividend | L | T | | | | | |
| 33. PIMCO BOND ASSET FD- | B | Dividend | L | T | | | | | |
| 34. PIMCO TOTAL RTN II C | C | Dividend | K | T | Buy | 02/08/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WELLS FARGO BOND | C | Dividend | K | T | Buy | 02/08/12 | K | | |
| 36. PIMCO ALL ASSET FD | D | Dividend | K | T | Buy | 02/08/12 | K | | |
| 37. WELLS FARGO EN STK N | C | Dividend | K | T | Buy | 02/08/12 | K | | |
| 38. TEMPLTON WORLD ADV | C | Dividend | K | T | Buy | 02/08/12 | K | | |
| 39. INVESCO RE INST | C | Dividend | K | T | Buy | 04/01/12 | K | | |
| 40. ELI LILLY CO LLY | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 41. HOME DEPOST HD | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 42. SOUTHERN CO | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 43. VERIZON | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 44. LORD ABBETT INT TX FREE | B | Dividend | K | T | Buy | 04/17/12 | K | | |
| 45. MFS MUNI INC | A | Dividend | K | T | Buy | 04/17/12 | K | | |
| 46. RET CX TAX EX FND | A | Dividend | K | T | Buy | 04/17/12 | K | | |
| 47. WELLS FARGO ADV PRE BND | A | Dividend | K | T | Buy | 04/17/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII-INVESTMENTS & TRUSTS

1. Item 9-Listed an investment as 2nd Home Real Estate-St Simons Is, GA Rental on the 2011 report. That investment is not being rented in 2012 and is listed without any income source.

2. Item10-Listed an investment as Real estate-La Grange, GA Rental on the 2011 report. That rental building was destroyed in a strom and was not rebuilt and the land listed at line 10 is land only and is not being rented and has no income source.

3. An investment was listed on the 2011report as Hartford Gwth Fund -Joint twice which duplicated it on the 2011 report. That investment is listed only once on this report at VII Investments & Trusts-Line 31as Hartford Growth Allocation Fd.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ E. CLAYTON SCOFIELD, III.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544